UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | | |
|---|---|---|---|
| ROBERT BROWN, | ) | Case Nos.: | 1:07 CV 258 |
| | ) | | 1:05 CR 245 |
| Petitioner | ) | | |
| | ) | | |
| v. | ) | JUDGE SOLOMON OLIVER, JR. | |
| | ) | | |
| UNITED STATES OF AMERICA, | ) | | |
| | ) | | |
| Respondent | ) | | |
| | ) | JUDGMENT ENTRY | |

Having denied Petitioner's Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. § 2255 (ECF No. 1) in an Order dated May 23, 2007 (Order, 1:05-CR-245, ECF No. 221) and an Order of the same date of this Judgment Entry (Order, 1:05-CR-245, ECF No. 233), the court hereby enters judgment for the Respondent and against the Petitioner.

IT IS SO ORDERED.

/s/ SOLOMON OLIVER, JR.
UNITED STATES DISTRICT JUDGE

September 5, 2007